TO: Clerk's Office
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK

APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
UNITED STATES OF AMERICA

-against-

MUSTAFA GOKLU
   also known as "Mustangy"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

19 MJ 419
~~19-MJ-599~~
Docket Number

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Francisco J. Navarro
Firm Name: United States Attorney's Office
Address: 271 Cadman Plaza East
         Brooklyn, NY 11201
Phone Number: (718) 254-6007
E-Mail Address: francisco.navarro@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

A) If pursuant to a prior Court Order:
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

B) If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal

Ongoing investigation and defendant is at large.

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn         NEW YORK
        5/3/2019

**U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE 5/3/2019
                         DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

5/3/2019            /s/Francisco J. Navarro
DATE                  SIGNATURE