## INITIAL APPEARANCE CALENDAR

Magistrate Judge : __**Peggy Kuo**__   Date: __05/06/2019__

Magistrate Case Number: __**19-419M**__   LOG #: __4:18 - 4:20__
__4:24 - 4:36__

Defendant's Name: __**Mustafa Goklu**__

✓ Court appointed counsel.   ___ Defendant retained counsel.

Defense Counsel: __James Darrow__   CJA:___   FDNY:✓   RET:~~✓~~

A.U.S.A. __**Francisco Navarro**__   Clerk : __**F. Chin**__

Interpreter : _____   Language: _____

__X__ ARRAIGNMENT on Complaint held.   ___ Government Agent Sworn

✓ DETENTION HEARING Held:   ___ Government opposed bail for reasons stated on the record.

✓ Bond set at __$50,000__.   ✓ Bond set on consent of both parties.

Defendant : ✓ released   ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

__1__ (Additional) surety/ies to co-sign bond by __5/10/19__

___ After detention hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Preliminary Hearing set for:_____; or   ✓ waived by defendant

___ Status Conference set for:_____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

   ___ Identity hearing held. Court   ___ orders removal   ___ denies removal

   ___ Defendant waives:   ___ identity hearing   ___ preliminary hearing

   ___ Identity/ Removal Hearing set for: _____

   ___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings:_____