

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

FJN
F. #2018R01809

*271 Cadman Plaza East
Brooklyn, New York 11201*

May 6, 2019

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Mustafa Goklu
               Criminal Docket No. 19-MJ-419

Dear Judge Kuo:

      The government respectfully submits this letter to request that the Court order that the above-captioned matter be unsealed.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:      /s/
      Francisco J. Navarro
      Assistant U.S. Attorney
      (718) 254-6007

Enclosure

cc:    Clerk of Court (by ECF)

FJN
F.# 2018R01809

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | P R O P O S E D   O R D E R |
| - against - | CR 19-MJ-419 |
| MUSTAFA GOKLU, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Francisco J. Navarro, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           May 7            , 2019

_____
HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK