## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Roanne L. Mann         DATE:  6/19/19

DOCKET NUMBER:   19-419M          LOG #:  2:36 – 2:46

DEFENDANT'S NAME:  Mustafa Goklu
  ✓ Present    ___ Not Present    ___ Custody   ✓ Bail

DEFENSE COUNSEL:  James Darrow
  ✓ Federal Defender    ___ CJA    ___ Retained

A.U.S.A:  Francisco Navarro          CLERK:  Felix Chin

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 6/19/19  Stop 7/23/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Bond modified curfew as directed by PTS