# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __STEVEN GOLD__   DATE: __7/19/19__

DOCKET NUMBER: __19 M 419__   LOG #: __2:18 - 2:20__

DEFENDANT'S NAME: __MUSTAFA GOKLU__
   ✓ Present   ___ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL: __JAMES DARROW__
   ✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A: __FRANCISCO NAVARRO__   CLERK: __SM YUEN__

INTERPRETER: _____   (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start __7/24__ Stop __8/23/19__

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____

Case 1:19-cr-00386-PKC   Document 11   Filed 07/19/19   Page 1 of 1 PageID #: 28