

SD:FJN
F.# 2018R01809

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  AUG 22 2019  ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MUSTAFA GOKLU,
    also known as "Mustangy,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. **CR 19-386**
(T. 18, U.S.C., §§ 982(a)(1),
982(b)(1), 1956(a)(3), 2 and 3551 et
seq.; T. 21, U.S.C., § 853(p))

**CHEN, J.**

**MANN, M.J.**

THE GRAND JURY CHARGES:

<u>MONEY LAUNDERING</u>

        1.    On or about and between August 28, 2018 and April 30, 2019, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MUSTAFA GOKLU, also known as "Mustangy," together with others, did knowingly and intentionally conduct one or more financial transactions in and affecting interstate and foreign commerce, to wit: the transfer and delivery of United States currency, which transactions involved property represented by a law enforcement officer and by another person at the direction of, and with the approval of, a Federal official authorized to investigate violations of Title 18, United States Code, Section 1956, to be the proceeds of specified unlawful activity and property used to conduct and facilitate specified unlawful activity, to wit: narcotics trafficking, in violation of Title 21, United States Code, Sections

841 and 846, with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of such specified unlawful activity.

(Title 18, United States Code, Sections 1956(a)(3), 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 982(a)(1), which requires any person convicted of such offense to forfeit any property, real or personal, involved in such offense, or any property traceable to such property.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any

other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(1) and 982(b)(1); Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2018R0109
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT
## EASTERN District of NEW YORK
### CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

MUSTAFA GOKLU,
also known as "Mustangy,"

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 982(a)(1), 982(b)(1), 1956(a)(3), 2 and 3551 et seq.;
T. 21, U.S.C., § 853(p))

A true bill.

_____
Foreperson

Filed in open court this _____ day,
of _____ A.D. 20 ___

_____
Clerk

Bail, $ _____

*Francisco J. Navarro, Assistant United States Attorney*
*(718) 254-6007*