date rec'd 8/30/19 AL

# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: **James Orenstein**    DATE: **8/29/19**

DOCKET NUMBER: **19CR386 (PKC)**    FTR #: **11:25 – 11:29am**

DEFENDANT'S NAME: **Mustafa Goklu**
☑ Present   ☐ Not Present   ☐ Custody   ☑ Bail

DEFENSE COUNSEL: **Sam Jacobson for James Darrow**
☑ Federal Defender   ☐ CJA   ☐ Retained

A.U.S.A.: **Andrew Grubin for F. Navarro**   CLERK: **E. Williams**

INTERPRETER: **M. Tekin Esendal**   (Language) **Turkish**

☑ Defendant arraigned on the: ☑ indictment ☐ superseding indictment ☐ probation violation

☑ Defendant pleads NOT GUILTY to ALL counts.

☐ DETENTION HEARING Held.   ☐ Defendant's first appearance.

☐ Bond set at _____. Defendant ☐ released ☐ held pending satisfaction of bond conditions.

☐ Defendant advised of bond conditions set by the Court and signed the bond.

☐ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

☐ (Additional) surety/ies to co-sign bond by _____

☐ After hearing, Court orders detention in custody.   ☐ Leave to reopen granted

☐ Temporary Order of Detention Issued. Bail Hearing set for _____

☐ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

☑ Order of Excludable Delay/Speedy Trial entered. Start **8/29/19** Stop **9/12/19**

☐ Medical memo issued.

☐ Defendant failed to appear, bench warrant issued.

☑ Status conference set for **9/12/19** @ **11:00am** before Judge **Chen**

Other Rulings:
**Federal Defenders are relieved; CJA counsel Michael Gold appointed.**