

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SD:FJN
F. #2018R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2019

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    <u>United States v. Mustafa Goklu</u>,
                Nos. 19-cr-354 (PKC); 19-cr-386 (PKC)

Dear Judge Chen:

        As the Court is aware, the criminal case against the above-referenced defendant is currently assigned to Your Honor under the two above-referenced docket numbers.  The government writes to respectfully request that the Court terminate the first filed docket number, No. 19-cr-354 (PKC), for the reasons explained below.

        On May 3, 2019, the Honorable Steven M. Gold, United States Magistrate Judge for the Eastern District of New York signed a criminal complaint and arrest warrant charging defendant Mustafa Goklu with money laundering, in violation of 18 U.S.C. § 1956(a)(3).  After Mr. Goklu's initial appearance, but prior to indictment, then-counsel for Mr. Goklu, James Darrow, informed the government that Mr. Goklu wished to plead guilty to an information charging the same offense charged in the criminal complaint.  In anticipation of filing an information and seeking a plea hearing, the government filed a Rule 7(b) notice with the clerk's office seeking the appointment of a district court judge to the case.  On August 2, 2019, the clerk's office informed the government that Your Honor had been randomly assigned to the case, <u>United States v. Mustafa Goklu</u>, No. 19-cr-354 (PKC).

        Subsequent to Your Honor's assignment, Mr. Darrow informed the government that Mr. Goklu no longer wished to plead guilty to the information.  As a result, the government sought an indictment from the grand jury on August 22, 2019.  On that day the grand jury returned a true bill against Mr. Goklu and the indictment was also randomly assigned to Your Honor, <u>United States v. Mustafa Goklu</u>, No. 19-cr-386 (PKC).  The

defendant was arraigned on the indictment on August 29, 2019, and the criminal case against Mr. Goklu is proceeding under this later-assigned docket number.

For these reasons, the Government respectfully requests that the Court order the clerk's office to terminate No. 19-cr-354 (PKC) as duplicative.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _____
Francisco J. Navarro
Assistant United States Attorney
(718) 254-6007

cc: Michael Gold, Esq.
   James Darrow, Esq.

SO ORDERED:

_____
THE HONORABLE PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

2