Michael H. Gold
350 Fifth Avenue, Suite 6800
New York, New York
10118
Tel (212) 838 0699
Fax (212) 868 0013

May 7, 2020

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Goklu, 19 CR 386 (PKC)*
\
Dear Judge Chen;

    I am writing with the consent of AUSA Fran Navarro in regard to the scheduling order changing the trial date of this matter to July 13, 2020, because of the health crisis. I will be out of state from July 17-July 20, 2020, and respectfully request that the case be adjourned to the next jury selection date convenient to the Court.

    Thank you for your consideration of this application.

                                                             Respectfully,

                                                              Michael H. Gold