UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                            19-CR-386 (PKC)

MUSTAFA GOKLU,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Jonathan P. Lax from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Jonathan P. Lax
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6139
    Fax: (718) 254-6321
    Email: Jonathan.Lax@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Jonathan P. Lax at the email address set forth above.

Dated: Brooklyn, New York
        June 11, 2020

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/ Jonathan P. Lax
       Jonathan P. Lax
       Assistant U.S. Attorney

cc:    Clerk of the Court (PKC) (by ECF)
       All Counsel of Record (by ECF)