

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/JPL/GK
F. #2018R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2020

By Email and ECF

Michael H. Gold, Esq.
Kudman Trachten Aloe LLP
350 Fifth Avenue, 68th Floor
New York, New York 10018

      Re:    United States v. Mustafa Goklu
                Criminal Docket No. 19-386 (PKC)

Dear Mr. Gold:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's disclosures made on or about September 19, 2019.  The government also requests reciprocal discovery from the defendant.

      The enclosed supplemental discovery includes:

- Certification of Search for FinCEN Form 107, Registration of Money Services Business, Bates-numbered MG000141– MG000143;

- Certification of Search of License from the New York State Department of Financial Services, Bates-numbered MG000144; and

- Certification of Search of Official Records from the New York State Department of Financial Services, Bates-numbered MG000145.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

>Very truly yours,
>
>SETH D. DUCHARME
>Acting United States Attorney
>
>   /s/ Gillian A. Kassner
>Gillian A. Kassner
>Jonathan P. Lax
>Francisco J. Navarro
>Assistant United States Attorneys
>(718) 254-6007

Enclosures

cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)