UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                             19-CR-386 (PKC)

MUSTAFA GOKLU,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Temidayo Aganga-Williams from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Temidayo Aganga-Williams
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6183
    Fax:  (718) 254-6076
    Email: Temidayo.Aganga-Williams@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Temidayo Aganga-Williams at the email address set forth above.

Dated: Brooklyn, New York
        March 25, 2021

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By:   /s/ Temidayo Aganga-Williams
Temidayo Aganga-Williams
Assistant U.S. Attorney

cc: Clerk of the Court (PKC)