

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FJN/TAW
F. #2018R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 1, 2021

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Mustafa Goklu,
        19-cr-386 (PKC)

Dear Judge Chen:

Pursuant to the Court's March 22, 2021 Order, the parties have conferred and write to advise the Court of all dates from June 8, 2021 through the end of the year when they are mutually available to try this case. The parties are mutually available to try the case at any time, except the following dates:

- Week of June 14
- Week of July 5
- Week of July 26
- Week of August 2
- Week of August 16
- Week of August 23
- Week of August 30
- Week of September 6
- Week of September 12
- Week of September 20
- Week of December 20
- Week of December 27

The parties are available to discuss any scheduling issues at the Court's convenience.

Very truly yours,

MARK J. LESKO
Acting United States Attorney

By: _____
Francisco J. Navarro
Temidayo Aganga-Williams
Assistant United States Attorneys
(718) 254-7000

cc:     Michael Gold, Esq.