Michael H. Gold
295 Madison Avenue, 12th Flr
New York, New York
10017
Tel (212) 838 0699

July 16, 2021

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Goklu, 19 CR 386 (PKC)*

Dear Judge Chen;

  I am writing at the Court's direction regarding the 12/1/2020 entry on my interim voucher. With apologies, I apparently transposed the numbers when completing the voucher and instead of it appropriately being recorded as 1.3 hours, it read 3.1. The voucher did not and does not include the time spent reviewing the letter with my client prior to its submission.

  Again, I apologize for the mistake.

  Thank you for your consideration of this application.

           Respectfully,

           Michael H. Gold