Michael H. Gold
295 Madison Avenue, 12th Floor
New York, New York
10017
Tel (212) 838 0699

September 24, 2021

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re: United States v. Goklu, 19 CR 386 (PKC)*

Dear Judge Chen;

    For reasons set forth in an *ex parte* submission, I respectfully request that I be relieved in the instant matter.

    Thank you for your consideration of this application.

Respectfully,

Michael H. Gold