# Murray E. Singer
Attorney at Law

14 Vanderventer Avenue  
Suite 147  
Port Washington, New York 11050  
email: msingerlaw@gmail.com

tel: (516) 869-4207  
fax: (516) 706-7085  
mobile: (516) 662-4950

**BY ECF**  November 16, 2021

Hon. Pamela Chen  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: USA v. Mustafa Goklu  
19-CR-386

Your Honor:

I represent Mustafa Goklu in the above-referenced matter. I am writing to inform the Court that I will not be available to try Mr. Goklu's case on January 18, 2022. As discussed at our recent status conference, I am scheduled to begin trial before Judge Seybert in Central Islip on a 2018 indictment charging Racketeering, Murder and related crimes, with an incarcerated defendant, on February 14, 2022. At the status conference I indicated that there was a possibility of a guilty plea on the case before Judge Seybert, but it appears that there will not be a plea and the case will proceed to trial.

I am available to discuss rescheduling Mr. Goklu's trial, by phone, videoconference, or in person, as convenient to the Court.

Very truly yours,

/s/  
Murray Singer

cc: AUSA Francisco Navarro by ECF and email