# Murray E. Singer
Attorney at Law

14 Vanderventer Avenue  
Suite 147  
Port Washington, New York 11050  
email: msingerlaw@gmail.com

tel: (516) 869-4207  
fax: (516) 706-7085  
mobile: (516) 662-4950

**BY ECF**  December 23, 2021

Hon. Pamela Chen  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re:   USA v. Mustafa Goklu  
      19-CR-386

Your Honor:

   I represent Mustafa Goklu in the above-referenced matter. I had previously advised the Court, in my letter dated November 16, 2021, that I would not be available to try Mr. Goklu's case in January, 2022 because I was scheduled to begin a trial before Judge Seybert in Central Islip in mid-February, 2022. I am writing now to advise the Court that my trial before Judge Seybert has been resolved. I do not have any other federal trial matters scheduled until August, 2022.

   I am available to discuss rescheduling Mr. Goklu's trial, by phone, videoconference, or in person, as convenient to the Court.

                        Very truly yours,

                        /s/  
                        Murray Singer

cc:   AUSA Francisco Navarro by ECF and email