

U.S. Department of Justice

United States Attorney
Eastern District of New York

GK
F. #2018R01809

271 Cadman Plaza East
Brooklyn, New York 11201

January 4, 2022

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mustafa Goklu
                Criminal Docket No. 19-386 (PKC)

Dear Judge Chen:

      The government writes in accordance with the Court's December 27, 2021 Order to inform the Court that the parties have conferred and are available to proceed with trial in the above-captioned case on February 28, 2022.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ *Gillian A. Kassner*
       Gillian A. Kassner
       Assistant U.S. Attorney
       (718) 254-6224

cc:    Clerk of Court (PKC) (by ECF)
       Murray Singer, Esq. (by ECF)