

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

GK
F. #2018R01809

*271 Cadman Plaza East
Brooklyn, New York 11201*

February 1, 2022

<u>By Email and ECF</u>

Murray E. Singer, Esq.
14 Vanderventer Ave.
Suite 147
Port Washington, NY 11050

      Re:    United States v. Mustafa Goklu
                 <u>Criminal Docket No. 19-386 (PKC)</u>

Dear Mr. Singer:

      The government provides the following discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's disclosures made on or about September 19, 2019, December 10, 2020, January 19, 2021, July 7, 2021, January 7, 2022, and January 20, 2022. The government also requests reciprocal discovery from the defendant.

      The enclosed supplemental discovery includes a DEA digital evidence examination report, Bates-numbered MG000697.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

        Very truly yours,

        BREON PEACE
        United States Attorney

          /s/ Gillian A. Kassner
        Gillian A. Kassner
        Marietou Diouf
        Francisco J. Navarro
        Assistant United States Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)