

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GK
F. #2018R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 1, 2022

<u>By Email and ECF</u>

Murray E. Singer, Esq.
14 Vanderventer Ave.
Suite 147
Port Washington, NY 11050

      Re:    United States v. Mustafa Goklu
                 <u>Criminal Docket No. 19-386 (PKC)</u>

Dear Mr. Singer:

      The government writes to disclose a subset of records it has identified that were contained on a laptop device seized from the defendant on or about April 20, 2019, previously produced on July 7, 2021 at MG000146 and MG000147, which the government may seek the admission of at trial in the above-captioned matter. Those records are enclosed for your reference and Bates-numbered MG000698 – MG001258. The government also requests reciprocal discovery from the defendant.

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

                          Very truly yours,

                          BREON PEACE
                          United States Attorney

                         <u>  /s/ Gillian A. Kassner      </u>
                          Gillian A. Kassner
                          Marietou Diouf
                          Francisco J. Navarro
                          Assistant United States Attorneys
                          (718) 254-7000

Enclosures
cc:     Clerk of the Court (PKC) (by ECF) (without enclosures)