# Murray E. Singer
Attorney at Law

14 Vanderventer Avenue tel: (516) 869-4207
Suite 147 fax: (516) 706-7085
Port Washington, New York 11050 mobile: (516) 662-4950
email: msingerlaw@gmail.com

**EX PARTE**April 4, 2022

Hon. Pamela Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:US v. Mustafa Goklu
19-CR-386

Your Honor:

I am assigned counsel for the defendant, Mustafa Goklu, in the above-referenced case. By Order dated January 4, 2022, this Court granted my request for the appointment of Emilee Sahli as associate counsel and authorized Ms. Sahli to do up to 50 hours of work at the rate of $90 per hour. I am writing to request authorization of an additional 50 hours of work by Ms. Sahli at the same rate.

Ms. Sahli has been assisting in my preparation for trial by organizing the discovery for trial and identifying relevant materials for use at trial, compiling exhibits, consulting with Mr. Goklu, and consulting with me on all matters concerning the case. I believe that Ms. Sahli's services are necessary within the meaning of 18 U.S.C. §3006A.

Ms. Sahli also requests permission to file an interim voucher.

Thank you very much for your consideration.

Very truly yours,

/s/

Murray Singer
Attorney for Defendant

cc:Emilee Sahli by email