

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GK/MED
F. #2018R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 29, 2022

<u>By Email and ECF</u>

Murray E. Singer, Esq.
14 Vanderventer Ave.
Suite 147
Port Washington, NY 11050

    Re: United States v. Mustafa Goklu
      <u>Criminal Docket No. 19-386 (PKC)</u>

Dear Mr. Singer:

  The government writes to disclose a screen recording of the defendant's posts and activity on Twitter, DEA reports and articles of incorporation and business paperwork for Mustangy Corp. USA. Those records have been uploaded onto USAfx and are Bates-numbered MG001259 – MG001293. The government also requests reciprocal discovery from the defendant.

  If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

            Very truly yours,

            BREON PEACE
            United States Attorney

             /s/ Gillian A. Kassner
            Gillian A. Kassner
            Marietou E Diouf
            Assistant United States Attorneys
            (718) 254-7000

Enclosures

cc: Clerk of the Court (PKC) (by ECF) (without enclosures)