# EXHIBIT A
# (Redacted)

`Case 1:19-cr-00386-PKC   Document 53-1   Filed 09/08/22   Page 2 of 4 PageID #: 152`



July 23, 2020

Special Agent ▮▮▮▮▮
Drug Enforcement Administration
99 10th Avenue
New York, NY  10011

Dear SA ▮▮▮▮▮:

In response to your request for certified Bank Secrecy Act records, please find attached FinCEN Form 082 -Document Transmittal Form along with your requested records.

Please acknowledge receipt of these records by completing the blank fields at the bottom of the Document Transmittal form and email a PDF copy of the completed form to CertifiedDocs@fincen.gov.

If FinCEN can be of further assistance, please contact our office at (703) 905-5150.

Sincerely,



Office Director
Operational Information and Development

Attachments:

    FinCEN Document Transmittal Form
    Memorandum of Negative Certifications (2)

www.fincen.gov

MG000141



July 23, 2020

**MEMORANDUM FOR CERTIFIED BSA RECORD REQUESTOR**

**FROM:**  ███████████████
Office Director
Operational Information and Development

**SUBJECT:**  Certification of Search for FinCEN Form 107,
Registration of Money Services Business

As the federal government agency with primary responsibility for maintaining reports filed pursuant to the Bank Secrecy Act, 31 U.S.C. §5311, *et seq.*, the Financial Crimes Enforcement Network has conducted a diligent search for any FinCEN Form 107, Registration of Money Services Business under its control that relate to:

**SUBJECT:** MUSTAFA GOKLU
**AKA:** MICHAEL N. GOKLU
**DOB:** ███████
**SSN:** ███████

The above search of our records found no such forms filed by, or on behalf of, the above listed individual from 01/01/2001 through 07/20/2020.

www.fincen.gov

MG000142



July 23, 2020

# MEMORANDUM FOR CERTIFIED BSA RECORD REQUESTOR

**FROM:** [redacted]
Office Director
Operational Information and Development

**SUBJECT:** Certification of Search for FinCEN Form 107, Registration of Money Services Business

As the federal government agency with primary responsibility for maintaining reports filed pursuant to the Bank Secrecy Act, 31 U.S.C. §5311, *et seq.*, the Financial Crimes Enforcement Network has conducted a diligent search for any FinCEN Form 107, Registration of Money Services Business under its control that relate to:

**SUBJECT:** MUSTANGY CORP USA
**EIN:** [redacted]

The above search of our records found no such forms filed by, or on behalf of, the above listed entity from 01/01/2001 through 07/20/2020.

www.fincen.gov

MG000143