# EXHIBIT B
# (Redacted)

SUPREME COURT OF THE STATE OF NEW YORK
GRAND JURY OF THE COUNTY OF NEW YORK
------------------------------------------------------------------- x
THE PEOPLE OF THE STATE OF NEW YORK  : CERTIFICATION
                                      : CPLR SECTION 4521
    -against-                         :
                                      :
                                      :
    Mustafa GOKLU
                                      :
                                      Defendants.   :
------------------------------------------------------------------- x

    I, WENDY HENRY, declare that I am DEPUTY SUPERINTENDENT of THE LICENSED FINANCIAL SERVICES DVISION of THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES. I have legal custody of certain official records of the New York State Department of Financial Services; specifically, entities licensed to conduct the business of receiving money for transmission and transmitting the same pursuant to NY Banking Law § 641. Such records are kept in the course of regularly conducted business activity, and made at the time of the occurrence or event, or within a reasonable time thereafter.

    I have completed a diligent search of those records and concluded that there is no record of the following individuals or entities as ever holding a license from the New York State Department of Financial Services, or a predecessor agency, to conduct the business of receiving money for transmission or transmitting the same.

- Mustafa GOKLU (DOB: ███████, SSN: █████████)

Witness my hand and official seal the day and year aforesaid

            *False statements made herein are punishable as a Class A misdemeanor pursuant to P.L. § 210.45.*



            Si███████████████████    9/22/2020
                                Date

SUPREME COURT OF THE STATE OF NEW YORK
GRAND JURY OF THE COUNTY OF NEW YORK
------------------------------------------------------------------------ x

THE PEOPLE OF THE STATE OF NEW YORK         : CERTIFICATION
                                            : CPLR SECTION 4521
    -against-                               :
                                            :
                                            :
    MUSTANGY CORP                           :
                                            :
                                Defendants.   :
------------------------------------------------------------------------ x

    I, WENDY HENRY, declare that I am DEPUTY SUPERINTENDENT of THE LICENSED FINANCIAL SERVICES DVISION of THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES. I have legal custody of certain official records of the New York State Department of Financial Services; specifically, entities licensed to conduct the business of receiving money for transmission and transmitting the same pursuant to NY Banking Law § 641. Such records are kept in the course of regularly conducted business activity, and made at the time of the occurrence or event, or within a reasonable time thereafter.

    I have completed a diligent search of those records and concluded that there is no record of the following individuals or entities as ever holding a license from the New York State Department of Financial Services, or a predecessor agency, to conduct the business of receiving money for transmission or transmitting the same.

    MUSTANGY CORP (DOS ID # ███████).

Witness my hand and official seal the day and year aforesaid

*False statements made herein are punishable as a Class A misdemeanor pursuant to P.L. § 210.45.*

█████████████    9/22/2020
Signature                   Date

MG000145