# EXHIBIT C
# (Redacted)

# New York State Department of State
## Division of Corporations, State Records and Uniform Commercial Code
### COPY REQUEST/CERTIFICATE OF STATUS RECEIPT

U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION



**DATE:** 08/03/2022     **TRANSACTION NUMBER:** 202208030003741

**ENTITY INFORMATION:**

**ENTITY NAME:** MUSTANGY CORP USA
**DOS ID:**
**DATE OF INITIAL DOS FILING:** 10/16/2012

| REQUESTED SERVICES: | NUMBER REQUESTED: | FEE: |
|---|---|---|
| UNCERTIFIED COPY($5.00) | 0 | $0.00 |
| CERTIFIED COPY($10.00) | 1 | $0.00 |
| CERTIFICATE OF STATUS - SHORT FORM($25.00) | | $0.00 |
| CERTIFICATE OF STATUS - LONG FORM($25.00) | | $0.00 |
| EXPEDITED HANDLING | | $0.00 |

**TOTAL PAYMENTS RECEIVED:** $0.00
**CASH:** $0.00
**CHECK/MONEY ORDER:** $0.00
**CREDIT CARD:** $0.00
**DRAWDOWN ACCOUNT:** $0.00
**REFUND DUE:** $0.00

| REQUESTED COPY | FILE DATE | FILE NUMBER |
|---|---|---|
| CERTIFICATE OF INCORPORATION | 10/16/2012 | 121016000648 |

DOS-1025 (04/2007)

MG001286

**STATE OF NEW YORK**
# DEPARTMENT OF STATE
ONE COMMERCE PLAZA
99 WASHINGTON AVENUE
ALBANY, NY 12231-0001
HTTPS://DOS.NY.GOV

KATHY HOCHUL
GOVERNOR

ROBERT J. RODRIGUEZ
SECRETARY OF STATE

August 5, 2022

U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION
99 10TH AVE
NEW YORK NY 10011

RE: MUSTANGY CORP USA

Dear Sir/Madam:

   This is in response to a recent subpoena for copies of corporate records relating to the above-named entity(s). Attached are certified copies of all documents on file for the above names.

   The Department of State understands that this mailing will be accepted as compliance in full with the subpoena, and we understand that it will not be necessary for a representative of the Department of State to appear at the time and place specified in the subpoena.

   Please note; this office does not keep records of individuals.

   Please contact me if you have any questions.

Sincerely,

Tracy Romanski
Business Document Specialist 3
Division of Corporations

TR



MG001287

## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: C1-18-0037
Subpoena No. C1-22-331144

**TO:** New York Department of State  Phone: 518-473-2492
**AT:** 99 Washington Avenue, 6th Floor  FAX: 518-473-1654
Albany, NY 12231

By the service of this subpoena on you by ▓▓▓ who is authorized to serve it, you are hereby commanded and required to appear before ▓▓▓ an officer of the Drug Enforcement Administration, to give testimony and bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following for the dates between 10/06/2012 - 10/26/2016 Eastern (EST)
- Copies of certificates of incorporation, any and all other underlying documentation on file including any amendments or changes in file, and any records relating to any other business services and licenses for entity: MUSTANGY CORP USA; DOS ID: ▓▓▓ Jurisdiction: Queens, New York; File Date: 10/16/2012; File Number: 121016000648; Address: ▓▓▓ Ozone Park, NY, United States 11417.
for **Mustafa Goklu M DOB:** ▓▓▓

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to SA ▓▓▓

Please complete and execute a Certification of Records and return the fully executed Certification of Records with your response.

Place and time for appearance: At 99 10th Avenue New York, NY 10011 US on the 31 day of August 2022 at 05:00 PM. In lieu of personal appearance, please email records to ▓▓▓

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
· (21 U.S.C. 876)
### ORIGINAL
Signature: ▓▓▓

Ramon L Perez, GS

Issued this 1st day of August 2022

FORM DEA-79

MG001288

# STATE OF NEW YORK
## DEPARTMENT OF STATE

I hereby certify that the annexed copy for MUSTANGY CORP USA, File Number 121016000648 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 03, 2022.

Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100001976201 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

MG001289

1210160006 48

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.ny.gov

# CERTIFICATE OF INCORPORATION
# OF

MUSTANGY CORP USA

*(Insert Corporate Name)*

Under Section 402 of the Business Corporation Law

**FIRST:** The name of the corporation is:

MUSTANGY CORP USA

**SECOND:** This corporation is formed to engage in any lawful act or activity for which a corporation may be organized under the Business Corporation Law, provided that it is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the corporation is to be located is: Queens County

**FOURTH:** The total number of shares which the corporation shall have authority to issue and a statement of the par value of each share or a statement that the shares are without par value are: 200 No Par Value

**FIFTH:** The Secretary of State is designated as agent of the corporation upon whom process against the corporation may be served. The address to which the Secretary of State shall mail a copy of any process accepted on behalf of the corporation is:

Mustafa GOKLU

DOS-1239-f-l (Rev. 02/12)

Page 1 of 2

121016000648

MG001290

121016000648

## Incorporator Information Required

X _____(Signature)_____

Mustafa Goklu

(Type or Print Name)

███████████████

(Address)

_____

(City, State, Zip Code)

RECEIVED 2012 OCT 16 PM 1:16

# CERTIFICATE OF INCORPORATION
## OF

**MUSTANGY CORP USA**

(Insert Corporate Name)

Under Section 402 of the Business Corporation Law

Filed by: Mustafa GOKLU

(Name)

███████████████

(City, State and Zip Code)

Note: This form was prepared by the New York State Department of State for filing a certificate of incorporation for a business corporation. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance of an attorney. The fee for a certificate of incorporation is $125 plus the applicable tax on shares required by Section 180 of the Tax Law. The minimum tax on shares is $10. The tax on 200 no par value shares is $10 (total $135). Checks should be made payable to the Department of State for the total amount of the filing fee and tax.

For DOS use only

FILED 2012 OCT 16 PM 2:55

**STATE OF NEW YORK**
**DEPARTMENT OF STATE**
FILED OCT 16 2012
X $ ___ 10 ___
Y: ___ 125 ___
Queens

DOS-1239-f-l (Rev. 02/12)

Page 2 of 2

LSW-10

MG001294

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
**COPY REQUEST/CERTIFICATE OF STATUS RECEIPT**

U.S. DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION

99 10TH AVE
NEW YORK NY 10011

**DATE:** 08/03/2022         **TRANSACTION NUMBER:** 202208030003741

**ENTITY INFORMATION:**

**ENTITY NAME:**                MUSTANGY CORP USA
**DOS ID:**
**DATE OF INITIAL DOS FILING:** 10/16/2012

| REQUESTED SERVICES: | NUMBER REQUESTED: | FEE: |
|---|---|---|
| UNCERTIFIED COPY($5.00) | | $0.00 |
| CERTIFIED COPY($10.00) | | $0.00 |
| CERTIFICATE OF STATUS - SHORT FORM($25.00) | | $0.00 |
| CERTIFICATE OF STATUS - LONG FORM($25.00) | | $0.00 |
| EXPEDITED HANDLING | | $0.00 |

| TOTAL PAYMENTS RECEIVED: | $0.00 |
|---|---|
| CASH: | $0.00 |
| CHECK/MONEY ORDER: | $0.00 |
| CREDIT CARD: | $0.00 |
| DRAWDOWN ACCOUNT: | $0.00 |
| REFUND DUE: | $0.00 |

**REQUESTED COPY**                          **FILE DATE**       **FILE NUMBER**

DOS-1025 (04/2007)

MG001292

STATE OF NEW YORK

DEPARTMENT OF STATE

Certificate of Status

I, ROBERT J. RODRIGUEZ, Secretary of State of the State of New York and custodian of the records required by law to be filed in my office, do hereby certify that upon a diligent examination of the records of the Department of State, as of the date and time of this certificate, the following entity information is reflected:

| | |
|---|---|
| **Entity Name:** | MUSTANGY CORP USA |
| **DOS ID Number:** | ■■■■■ |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Entity Status:** | NO LONGER EXISTING |
| **Date of Initial Filing with DOS:** | 10/16/2012 |

No information is available from this office regarding the financial condition, business activity or practices of this entity.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on August 03, 2022 at 06:06 P.M.

ROBERT J. RODRIGUEZ, Secretary of State

*Brendan C. Hughes*

By Brendan C. Hughes
Executive Deputy Secretary of State

Authentication Number: 100001976208 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

MG001293