Murray E. Singer

Attorney at Law

14 Vanderventer Avenue                                                              tel: (516) 869-4207
Suite 147                                                                           fax: (516) 706-7085
Port Washington, New York 11050                                                     mobile: (516) 662-4950
email: msingerlaw@gmail.com


**BY ECF**                                                          September 8, 2022

Hon. Pamela Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Re:     USA v. Mustafa Goklu
        19-CR-386

Your Honor:

I represent Mustafa Goklu in the above-referenced matter. I am writing to request that the time within which defense motions in limine (if any) are to be filed be extended from today to Monday, September 12, 2022. I received the 3500 material and exhibits yesterday morning, and was scheduled to start a homicide trial in Queens County this morning. That trial was delayed this morning as we were about to begin jury selection. Preparation for that trial left me little time to consider and prepare any motions in limine in this case. Thus the request for the short delay. I have conferred with AUSA Gillian Kassner and AUSA Marietou Diouf, and they have indicated that they have no objection to this request.

Thank you for your consideration.

Very truly yours,

/s/
Murray Singer


cc:     AUSA Gillian Kassner by ECF and email
        AUSA Marietou Diouf by ECF and email