

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GK/MED
F. #2018R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 14, 2022

<u>By Email and ECF</u>

Murray E. Singer, Esq.
14 Vanderventer Ave.
Suite 147
Port Washington, NY 11050

Emilee A. Sahli, Attorney at Law
Sahli Law, PLLC
195 Broadway, 4th Floor
Brooklyn, NY 11211

    Re: United States v. Mustafa Goklu
      <u>Criminal Docket No. 19-386 (PKC)</u>

Dear Mr. Singer and Ms. Sahli:

  The government provides the following discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the government's disclosures made on or about September 19, 2019, December 10, 2020, January 19, 2021, July 7, 2021, January 7, 2022, January 20, 2022, February 1, 2022, April 1, 2022, July 27, 2022, and August 29, 2022. The government also requests reciprocal discovery from the defendant.

  The enclosed supplemental discovery includes DEA digital evidence examination reports, Bates-numbered MG001294 – MG001346.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

BREON PEACE
United States Attorney

   /s/ Gillian A. Kassner
Gillian A. Kassner
Marietou Diouf
Assistant United States
Attorneys (718) 254-7000

Enclosures

cc:    Clerk of the Court (PKC) (by ECF) (without enclosures)