

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GK/MED
F. #2018R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 23, 2022

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mustafa Goklu
              Criminal Docket No. 19-386 (PKC)

Dear Judge Chen:

      At the pre-trial conference in the above-captioned matter, scheduled earlier today, the government stated that it would alert the Court of any sections of audio recordings of interactions between an undercover Drug Enforcement Administration agent (the "Undercover Agent") and the defendant, marked as trial exhibits GX 801 through 804, 806, 807 and 809, that the government will seek to redact prior to the exhibits' admission into evidence at trial. The government writes to inform the Court that it has reconsidered its position and no longer seeks redactions to portions of the UC's conversations with the defendant in these exhibits.

                        Respectfully submitted,

                        BREON PEACE
                        United States Attorney

            By:   /s/ *Gillian A. Kassner*
                        Gillian A. Kassner
                        Marietou E. Diouf
                        Assistant U.S. Attorneys
                        (718) 254-7000

cc:    Clerk of Court (PKC) (by ECF)
       Murray Singer, Esq. (by ECF)
       Emilee Sahli, Esq. (by ECF)