FJN:GK/MED
F. #2018R01809

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

  UNITED STATES OF AMERICA

      - against -                               Docket. No. 19-CR-386 (PKC)

  MUSTAFA GOKLU,
     also known as "Mustangy"

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## THE GOVERNMENT'S PROPOSED LIMITING INSTRUCTION

                                                 BREON PEACE
                                                 UNITED STATES ATTORNEY
                                                 Eastern District of New York
                                                 271 Cadman Plaza East
                                                 Brooklyn, New York 11201

Gillian A. Kassner
Marietou E. Diouf
Assistant U.S. Attorneys
    (Of Counsel)

<u>PRELIMINARY STATEMENT</u>

Pursuant to this Court's ruling at the pretrial conference in the above-captioned case on September 23, 2022, the government provides the following proposed limiting instruction regarding the activities and transactions that the defendant conducted with individuals other than the undercover law enforcement agent, former Special Agent Patrick O'Kain of the Drug Enforcement Administration.

LIMITING INSTRUCTION

Defendant's Activities and Transactions with Other Individuals

You have seen and heard evidence that relates to activities and transactions that the defendant conducted with individuals other than the undercover law enforcement agent, including text message communications between the defendant and other individuals, testimony about surveillance conducted of the defendant's interactions with other individuals, and the defendant's statements about his transactions with other individuals.  You are to consider such evidence only with respect to Count Two, which charges the defendant with the crime of operating an unlicensed money transmitting business.  However, to the extent that any of the defendant's communications with other individuals relate to a concern of being detected by law enforcement or an intent to conceal or disguise the nature, location, source, ownership, or control of the property being discussed, you may properly consider such communications with respect to both Count One, charging the defendant with the crime of money laundering, as well as Count Two.


Dated: Brooklyn, New York
       September 30, 2022

                                                        Respectfully submitted,

                                                        BREON PEACE
                                                        United States Attorney

                                            By:    /s/
                                                        Gillian A. Kassner
                                                        Marietou E. Diouf
                                                        Assistant U.S. Attorneys
                                                        (718) 254-7000


cc:    Clerk of the Court (PKC) (by ECF)
       Murray Singer, Esq. (by ECF)
       Emilee Sahli, Esq. (by ECF)