UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

MUSTAFA GOKLU, a/k/a Mustangy,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**VERDICT FORM**
**19-CR-386**

We, the jury find as follows:

### COUNT ONE: MONEY LAUNDERING

As to the Defendant Mustafa Goklu:

    Guilty ___✓___      Not Guilty _____

### COUNT TWO: OPERATION OF AN UNLICENSED MONEY TRANSMITTING BUSINESS

As to the Defendant Mustafa Goklu:

    Guilty ___✓___      Not Guilty _____

a. If you find Defendant Mustafa Goklu guilty on Count Two, indicate whether you unanimously find that the Government has proved beyond a reasonable doubt that Defendant conducted, controlled, managed, supervised, directed, or owned all or part of an unlicensed money transmitting business, which:

    i. Operated without an appropriate money transmitting license in the State of New York:

        Yes ___✓___      No_____

    ii. Failed to comply with the federal money transmitting business registration requirements:

        Yes ___✓___      No_____



COURT'S EXHIBIT NO. 1-2
IDENTIFICATION/EVIDENCE
DKT.# 19CR386
DATE: 10/7/22

Dated: Brooklyn, New York
       October 11th, 2022

                                                    /s/ Kathleen Leher
                                                    FOREPERSON

2