UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

ORDER OF SUSTENANCE

-against-

1:19-cr-00386 (PKC)

MUSTAFA GOKLU,

Defendant.
-----------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 11 2022 ★

BROOKLYN OFFICE

It is hereby **ORDERED** that the Marshal supply proper:

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

to the (13) jurors in the above entitled case

( ) DURING SELECTION

(X) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

DATED: Brooklyn, New York
         October 11, 2022

_____
PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE