

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GK
F. #2018R01809

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 9, 2022

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mustafa Goklu
               Criminal Docket No. 19-386 (PKC)

Dear Judge Chen:

      The government writes to request a brief adjournment of the oral argument on the defendant's post-trial motion in the above-captioned case, currently scheduled to take place on December 15, 2022 at 3:00 p.m., due to a scheduling conflict. See ECF Nos. 77 & 82. If the Court determines that an oral argument is appropriate in light of the parties' filings, the parties are available to reschedule the proceeding for a date that is convenient for the Court. Defense counsel have indicated that they do not object to this request.

                      Respectfully submitted,

                      BREON PEACE
                      United States Attorney

By:    /s/ *Gillian A. Kassner*
        Gillian A. Kassner
        Marietou E. Diouf
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of Court (PKC) (by ECF)
       Murray Singer, Esq. (by ECF)
       Emilee Sahi, Esq. (by ECF)