# Murray E. Singer
Attorney at Law

14 Vanderventer Avenue  
Suite 147  
Port Washington, New York 11050  
email: msingerlaw@gmail.com

tel: (516) 869-4207  
fax: (516) 706-7085  
mobile: (516) 662-4950

**BY ECF**  March 14, 2023

Hon. Pamela Chen  
United States District Judge  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: <u>USA v. Mustafa Goklu</u>  
19-CR-386

Your Honor:

    Emilee Sahli and I represent Mustafa Goklu in the above-referenced matter. We are writing to notify the Court that Mr. Goklu has expressed his dissatisfaction with our continued representation of him. He has asked that we advise the Court that he would like to request that new counsel be appointed to represent him. I would therefore ask the Court to schedule a status conference so that Mr. Goklu can make his request directly to the Court.

    Thank you for your consideration.

Very truly yours,

/s/  
Murray Singer

cc: all parties by ECF