**SABRINA P. SHROFF**       80 BROAD STREET, 19ᵀᴴ FLOOR
ATTORNEY AT LAW      NEW YORK, NEW YORK 10007
     TELEPHONE: (646) 763-1490

April 28, 2023

**BY ECF**

Honorable Pamela K. Chen
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11232

*United States v. Mustafa Goklu*, **19 Cr. 386 (PKC)**

Dear Judge Chen:

I write in regard to the Court's April 28, 2023, Order noting that sentencing,,g in this matter is to proceed on May 12, 2023. I write to request a continuance of the sentencing date as I am picking a jury on May 8, 2023, on the case of *United States v. Nizar Trabelsi, 06*-Cr-89 (RDM) in the District of Columbia. Mr. Trabelsi is charged with conspiracy to kill U.S. nationals outside of the United States, in violation of 18 U.S.C. §§ 2332(b) & 1111(a), and conspiracy and attempt to use weapons of mass destruction, in violation of 18 U.S.C. §§ 2332a & 2. I was recently assigned this case by the District Court in the District of Columbia, and I am told that trial was to last for 6 to 8 weeks.

Additionally, preparing for a post-trial sentencing is time consuming, and with no objection from the government, I request that sentencing be adjourned for a period of 90 days. I thank the Court for its time and consideration of this request.

                                         Respectfully submitted,

                                         */s/* Sabrina P. Shroff