| SABRINA P. SHROFF | 80 BROAD STREET |
| --- | --- |
| ATTORNEY | 19TH FLOOR |
| | NEW YORK, NEW YORK 10004 |
| | TEL: (646) 763-1490 |

July 26, 2023

**ECF**
Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11232

**Re:    United States v. Mustafa Goklu, 19 Cr. 386 (PKC)**

Dear Judge Chen:

I write to seek a 90-day adjournment of sentencing in this case. I have been engaged at trial since May 8, 2023; the jury returned a verdict on July 17, 2023. I have not been able to prepare for sentencing and therefore need additional time.

I thank the Court for its time and consideration of this request.

                                        Respectfully submitted,

                                        /s/Sabrina Shroff
                                        Counsel to Mustafa Goklu