```
                                                                    1

 1                       UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF NEW YORK
 2
     - - - - - - - - - - - - - - X
 3
     UNITED STATES OF AMERICA,       : 19CR386(PKC)
 4                                   :
              Plaintiff,             :
 5                                   :
         -against-                   : United States Courthouse
 6                                   : Brooklyn, New York
     MUSTAFA GOKLU,                  :
 7                                   :
              Defendant.             : Thursday, January 6, 2022
 8                                   : 10:30 a.m.
                                     :
 9
     - - - - - - - - - - - - - - X
10
     TRANSCRIPT OF TELEPHONIC CRIMINAL CAUSE FOR STATUS CONFERENCE
11                 BEFORE THE HONORABLE PAMELA K. CHEN
                      UNITED STATES DISTRICT JUDGE
12
                           A P P E A R A N C E S:
13
     For the Government: UNITED STATES ATTORNEY'S OFFICE
14                            Eastern District of New York
                              271 Cadman Plaza East
15                            Brooklyn, New York 11201
                         BY:  GILLIAN KASSNER, ESQ.
16                            FRANCISCO NAVARRO, ESQ.
                              Assistant United States Attorneys
17
     For the Defendant:    MURRAY E. SINGER, ESQ.
18                            14 Vanderventer Avenue, Suite 147
                              Port Washington, NY 11050
19
                              SAHLI LAW, PLLC
20                            195 Broadway, 4th Floor
                              Brooklyn, NY 11211
21                       BY: EMELEE SAHRI, ESQ.

22   Turkish interpreter MAYDA LYON

23   Court Reporter: SOPHIE NOLAN
                        225 Cadman Plaza East/Brooklyn, NY 11201
24                         NolanEDNY@aol.com
     Proceedings recorded by mechanical stenography, transcript
25   produced by Computer-Aided Transcription
```

Proceedings                                                               2

1              (Via teleconference.)

2              (The Hon. PAMELA K. CHEN, presiding.)

3              (Defendant present via teleconference.)

4              THE COURTROOM DEPUTY:  Criminal cause for a status

5     conference, *United States versus Goklu*, Docket number

6     19-CR-386.

7              Before asking the parties to state their

8     appearances, I would like to note the following:  Persons

9     granted remote access to proceedings are reminded of the

10    general prohibition against photographing, recording and

11    rebroadcasting of court proceedings.  Violation of these

12    prohibitions may result in sanctions including removal of

13    court-issued media credentials, restricted entry to future

14    hearings, denial of entry to future hearings, or any other

15    sanctions deemed necessary by the Court.

16             Will the parties please state their appearances

17    starting with the Government.

18             MS. KASSNER:  Gillian Kassner and Francisco Navarro

19    for the Government.

20             MR. SINGER:  Murray Singer joined by Emelee Sahri

21    for the defendant.

22             THE COURT:  Why don't we have our interpreter sworn

23    in.

24             THE COURTROOM DEPUTY:  Madam interpreter, please

25    raise your right hand.

1             (Interpreter sworn.)
2             THE COURTROOM DEPUTY:  State and spell your name for
3    the record.
4             THE INTERPRETER:  Mayda Lyon, M-A-Y-D-A L-Y-O-N,
5    language is Turkish.
6             THE COURT:  Good morning, Ms. Lyon.
7             THE INTERPRETER:  Good morning.
8             THE COURT:  You raised a legitimate point perhaps we
9    should swear you in before we do the preliminaries.  Perhaps
10   we will do that in the future.  You don't need to interpret
11   that part.
12            Let me confirm, Mr. Goklu, that you are on the line
13   and you can understand what's being said through the
14   interpreter?
15            THE DEFENDANT:  I am on the line and I do understand
16   whatever the interpreter state for me in English.
17            THE COURT:  Do you need the interpretation
18   continuously or could she be on standby?
19            THE DEFENDANT:  She could be on standby.
20            THE COURT:  Mr. Singer, did you want to say
21   something?
22            MR. SINGER:  I was going to raise that point that
23   Mr. Goklu was looking to have the interpreter on standby.
24            THE COURT:  Ms. Lyon, you don't need to interpret
25   everything.  You can be on standby.

```
                            Proceedings                          4
```

1          We're meeting today to confirm the new trial date
2  which is February 28, 2022.
3          I understand from the Government that that works for
4  the Government.  Is that correct, Ms. Kassner?
5          MS. KASSNER:  That's correct.
6          THE COURT:  And also for you, Mr. Singer?
7          MR. SINGER:  It's just -- it does, Judge, with a
8  caveat.  I had reached out to Mr. Navarro in early November
9  with regard to discovery, the results of some search warrants,
10 and I have not yesterday received those.  I have spoken to
11 Ms. Kassner about it.  I understand that she is working on
12 getting me those materials and that she hopes to have them to
13 me by the end of this week.  And, so, assuming that it's not
14 so voluminous that I can't get through it in time to prepare,
15 I am ready to go on February 28th, but I obviously can't know
16 that until I have gotten all of the material.  We are anxious
17 to move this case forward and getting it tried and I will do
18 everything in my power to be ready on February 28th.
19         THE COURT:  Let me ask the Government because
20 obviously this is an older case indicted in 2019.  I'm curious
21 why some of this discovery is just being produced now.
22         MS. KASSNER:  This discovery is largely electronics
23 that were received pursuant to the search warrant of the
24 defendant's house and car.  It just took quite a bit of time
25 given that there are quite a few electronics.  I can't tell

1  you how many, but it's somewhere around half a dozen to a
2  dozen hard drives and such.  So the way the DEA processes
3  these things, it takes a matter of months, even years,
4  depending on what's going on in their office to do all of the
5  scans and to process everything.
6             So we are going to turn over the scans of all of the
7  electronics, but I am confirming that we really do have all of
8  that and as soon as hopefully by tomorrow -- we don't expect
9  these electronics -- for the most part I don't think they're
10 going to be an issue at trial.  We're working to confirm that
11 and to speed things along.
12            We would be happy to point to anything within the
13 devices that we plan to use so that defense counsel isn't
14 needlessly going through quite a few documents.  And, of
15 course, they are physically available to defense counsel at
16 any time for inspection at his convenience.
17            THE COURT:  Well, you anticipated what I was going
18 to ask, which is that the Government should identify any
19 evidence from those searches that they think and I would urge
20 you to -- that you may seek to introduce at trial and bear in
21 mind that it's possible that depending on what Mr. Singer says
22 after seeing the volume of evidence that I might preclude the
23 Government from using any of it just because of the late
24 disclosure, but it would expedite the process if the
25 Government identifies those items it anticipates possibly

1   coming into evidence or being offered for admission.

2           Even though that helps Mr. Singer decide what the
3   Government may be using so he can focus his attention, he may
4   still want to go through all of it so he can decide if there's
5   something that may be necessary to also introduce for
6   completeness sake or it may in some way mitigate the value of
7   whatever the Government seeks to admit or that he may want to
8   use in his defense.

9           So I just want everyone to be mindful that we may
10  have to address this issue again after the discovery is turned
11  over and that there are various possibilities for how this
12  might be handled.

13          Any questions about that from the Government?

14          MS. KASSNER:  No, Your Honor, that's understood.

15          THE COURT:  And Mr. Singer?

16          MR. SINGER:  Understood, Your Honor and if any
17  issues come up, I will certainly alert the Court and the
18  Government.

19          THE COURT:  Thank you.  So, working backwards from
20  the date of February 28, and we will confirm the length of the
21  trial in a moment, as well as I should confirm now that we had
22  previously decided on two alternates.  I assume that has not
23  changed for the Government or the defense.

24          Ms. Kassner?

25          MS. KASSNER:  I believe that's fine, Your Honor.

1    THE COURT:  And Mr. Singer?
2    MR. SINGER:  That should be fine.
3    THE COURT:  Previously I had directed the Government
4    to provide 3500 and copies of marked exhibits three weeks in
5    advance.  So that should be the last day, I think, of
6    November -- I'm sorry, I said November.  January.
7    Fida, do you have those dates?
8    THE COURTROOM DEPUTY:  I'm checking that now, Judge.
9    THE COURT:  And two weeks before trial for the
10   proposed jury charges and voir dire and then a list of names
11   and terms for the court reporters.
12   THE COURTROOM DEPUTY:  Three weeks from the 28th of
13   February is the 7th of February and two weeks from the 28th is
14   the 14th.
15   THE COURT:  I was staring at a list of prior dates,
16   so I had it wrong.  That's right.
17   Then we'll have a final pretrial conference, let's
18   say, the Wednesday before.
19   Fida, can we do that?
20   THE COURTROOM DEPUTY:  February 23rd at 10 a.m.
21   THE COURT:  And then the only thing I noticed is
22   that I hadn't set a date for motions in limine so I don't
23   remember if we had a conversation about that or we just
24   overlooked it.
25   Does the Government have any -- I think we should

```
                    Proceedings                          8
```

1  set one unless the parties disagree.  So perhaps two weeks
2  before trial we should also have you submit your motions in
3  limine.  I think that will work because by then the defense
4  would have had the exhibits and 3500 for a week.  Let's make
5  that also the 14th of February for any motions in limine for
6  either side and then a week for response.  So that would be
7  the 21st of February.
8            Any objection to that, Ms. Kassner?
9            MS. KASSNER:  No, Your Honor.
10           THE COURT:  And Mr. Singer?
11           MR. SINGER:  No, no objection, Judge.  That's fine.
12           THE COURT:  Okay.  Though we had agreed on five days
13 as an estimate for trial, you may want to clear out your
14 schedule for a couple of days of the following week because of
15 the uncertainty of jury selection because we will still be
16 under, I assume, pandemic conditions with our more limited
17 ability to pick a jury.  It has been going slightly faster of
18 late.  Some juries have been picked in a day, but I will
19 anticipate that we will need two days potentially and we may
20 have some issues -- hopefully we won't have issues with
21 translation, that won't slow things down, but maybe build in a
22 couple of more days in the following week.
23           Is there anything else we need to discuss from the
24 Government at this time?
25           MS. KASSNER:  Your Honor, this is probably

1    premature, but I will note that courtroom 6-A I believe will
2    be available but I will double check.  I'm not sure if by the
3    28th there's going to be electronics in your courtroom
4    available to jurors, but I'm flagging that as something we can
5    work out closer to trial.
6              THE COURT:  In fact, they are outfitting what is
7    normally my courtroom this week.  And, Mr. Singer, what the
8    government is referring to is there will be two courtrooms
9    that have individual video monitors for the jury to use during
10   the trial because, as you may or may not know, we have been
11   putting the jury in whole or in part in the audience area so
12   that we can be socially distanced and not in the jury box.
13             And so what that means is sometimes the jurors only
14   have or can only view evidence because it's only being
15   produced electronically on two video monitors that are larger,
16   but not huge -- in front of the audience area and the large
17   screen that comes down from the ceiling.
18             When you have a document-heavy case as this may well
19   be it would be helpful for the jury to have individual
20   monitors.  That's part of the reason the U.S. Attorney's
21   Office is about to complete outfitting courtrooms 6-A and 4-F,
22   which is mine being the other, for use in cases like this
23   which are document-heavy.
24             It should be done by then, Ms. Kassner, so hopefully
25   and we will put in a request again one of the courtrooms that

1  has will the full video monitors, the full complement of video
2  monitors, okay?
3          MR. SINGER:  Understood, Judge.  Thank you.
4          THE COURT:  I will exclude the time between now and
5  February 28th as being in the interest of justice because we
6  couldn't go forward with trial due to the congestion of trials
7  in general caused by the pandemic and so obviously it's in the
8  interest of justice to adjourn until we can get a trial date
9  and that we can conduct a trial safely consistent with both
10 parties' schedules and the Court's schedule.  All right.
11         Mr. Singer, is there anything else we need to
12 address from the defense now?
13         MR. SINGER:  Not at this point, Judge.  And I know
14 that the Court is optimistic that everything will move
15 smoothly.  I assume that if circumstances change and the
16 higher-ups bump trials around we will be notified as soon as
17 possible.
18         THE COURT: You will indeed.  There is some
19 possibility of that only because Mr. Goklu is not in custody
20 and as you may or may not know there is a prioritization of
21 trials involving in-custody defendants for the obvious reason
22 that they are in prison.  So --
23         MR. SINGER:  And I know there's a lot of pressure
24 and movement from districts around the country that are
25 delaying trials and at least during the month of January.  So

Proceedings 11

1  I am aware of that and you will let us know if the powers that
2  be bump us?
3            THE COURT:  Yes, you will be alerted so people don't
4  waste time preparing for trials that have to be adjourned.
5  I'm very sensitive to that.  Please stay safe, everyone.  Let
6  me know if there are any issues relating to the discovery
7  that's about to be produced and then otherwise I will hear
8  from you and hopefully get this case tried in February.  Thank
9  you everyone.
10
11           (Matter adjourned.)
12
13                        - OoOoo -

SN        OCR        RPR