**SABRINA P. SHROFF**　　　　　　　　　　　　　　　80 BROAD STREET, 19TH FLOOR
ATTORNEY AT LAW　　　　　　　　　　　　　　　　　　NEW YORK, NEW YORK 10007
　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (646) 763-1490

November 6, 2023

**BY ECF**

Honorable Pamela Chen
United States District Judge for the
 Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11232

*United States v. Mustafa Goklu*, **19 Cr. 386 (PKC)**

Dear Judge Chen:

With no objection from the government, I write to request a 45-day continuance of the sentencing date as I have been on back-to-back trials on two complicated cases –a terrorism case -- *United States v. Nizar Trabelsi, 06*-Cr-89 (RDM) in the District of Columbia and a document heavy fraud case in *United States v. Davis*, 21 Cr. 603 (VEC) in the Southern District of New York. Trial in the *Davis* matter continues through this and next week.

I do not anticipate being on trial again until February of 2024, and ask the Court for a sentencing date in early January of 2024, so that I may properly prepare Mr. Goklu for sentencing.

I thank the Court for its time and consideration of this request.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/* Sabrina P. Shroff