FJN
F. #2018R01819

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                                                 Criminal Docket. No. 19-CR-386 (S-1) (PKC)

Michael Goklu,

                Defendant.

– – – – – – – – – – – – – – – – – –X

## THE GOVERNMENT'S LIST OF 18 U.S.C. § 3500 MATERIAL

                                                                                           BREON PEACE
                                                                                           UNITED STATES ATTORNEY
                                                                                           Eastern District of New York
                                                                                            271 Cadman Plaza East
                                                                                            Brooklyn, New York 11201

Francisco J. Navarro
Assistant U.S. Attorney
     (Of Counsel)

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| **Laura O'Neill** | | |
| 3500-LO-1 | Email | 04.13.2023 |
| 3500-LO-1A | Email Attachment – Pix 11 Article | Undated |
| 3500-LO-1B | Email Attachment – New York City – Department of Buildings – Property Profile Overview | Undated |
| 3500-LO-1C | Email Attachment – Abnb Rental Listing | Undated |
| 3500-LO-1D | Email Attachment - Transcript | 11.25.2019 |
| 3500-LO-2 | Email | 05.04.2023 |
| 3500-LO-3 | Email | 05.04.2023 |
| 3500-LO-4 | Email | 05.07.2023 |
| 3500-LO-5 | Email | 05.07.2023 |
| 3500-LO-6 | Email and Attachment | 07.10.2023 |
| 3500-LO-7 | Email | 02.21.2024 |
| 3500-LO-7A | Email Attachment - Timeline | 04.01.2019 – 07.06.2023 |
| 3500-LO-7B | Email Attachment - New York Supreme Court – Queens County- Index No. 700123/2023 – Order to Show Cause | 01.20.2023 |
| 3500-LO-8 | Handwritten Notes | 02.20.2024 |