**SABRINA P. SHROFF**  
ATTORNEY AT LAW

80 BROAD STREET, 19TH FLOOR  
NEW YORK, NEW YORK 10007  
TELEPHONE: (646) 763-1490

February 29, 2024

BY ECF

Honorable Pamela Chen  
United States District Judge for the  
 Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11232

***United States v. Mustafa Goklu*, 19 Cr. 386 (PKC)**

Dear Judge Chen:

I write to seek a short adjournment of the March 6, 2024 sentencing hearing. I did not anticipate being at trial this and next week, but I have had to take on a larger role in the trial of *United States v. Hernandez*, 15 Cr. 379 (PKC). The lead lawyer on the Hernandez matter has medical issues, and I was assigned a larger role in Mr. Hernandez's trial. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am in the only cleared counsel on the case, and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the Classified Information Procedures Act.

For this reason, I ask the court to adjourn the sentencing hearing by week.

Respectfully submitted,

/s/ Sabrina Shroff