FJN
F. #2018R01819

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

    - against -                   Criminal Docket. No. 19-CR-386 (S-1) (PKC)

Michael Goklu,

                Defendant.

– – – – – – – – – – – – – – – – – X


## THE GOVERNMENT'S LIST OF 18 U.S.C. § 3500 MATERIAL


BREON PEACE
UNITED STATES ATTORNEY
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201


Francisco J. Navarro
Assistant U.S. Attorney
   (Of Counsel)

Revised 03.11.2024

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| **Laura O'Neill** | | |
| 3500-LO-1 | Email | 04.13.2023 |
| 3500-LO-1A | Email Attachment – Pix 11 Article | Undated |
| 3500-LO-1B | Email Attachment – New York City – Department of Buildings – Property Profile Overview | Undated |
| 3500-LO-1C | Email Attachment – Abnb Rental Listing | Undated |
| 3500-LO-1D | Email Attachment - Transcript | 11.25.2019 |
| 3500-LO-2 | Email | 05.04.2023 |
| 3500-LO-3 | Email | 05.04.2023 |
| 3500-LO-4 | Email | 05.07.2023 |
| 3500-LO-5 | Email | 05.07.2023 |
| 3500-LO-6 | Email and Attachment | 07.10.2023 |
| 3500-LO-7 | Email | 02.21.2024 |
| 3500-LO-7A | Email Attachment - Timeline | 04.01.2019 – 07.06.2023 |
| 3500-LO-7B | Email Attachment - New York Supreme Court – Queens County- Index No. 700123/2023 – Order to Show Cause | 01.20.2023 |
| 3500-LO-8 | Handwritten Notes | 02.20.2024 |
| 3500-LO-9 | Lease | 04.01.2017 |
| 3500-LO-10 | New York Supreme Court – Queens County- Index No. 700123/2023 – Affidavit | 12.30.2022 |

| EXHIBIT | DESCRIPTION | DATE |
|---------|-------------|------|
| 3500-LO-10A | Deed | 10.27.2006 |
| 3500-LO-10B | Order of Name Change | 12.22.2010 |
| 3500-LO-10C | Contract | 10.21.2022 |
| 3500-LO-10D | Email | 11.21.2022 |
| 3500-LO-10E | Lease | 04.01.2017 |
| 3500-LO-10F | TD Bank Commitment Letter | 11.10.2022 |
| 3500-LO-11 | Text messages | 10.05.2022 – 05.07.2023 |