**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

### United States District Court

_____ District of _____

Caption:

_____ v.

_____

Docket No.: _____

_____
(District Court Judge)

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Second Circuit from the judgment [___], other [___] _____
(specify)
entered in this action on _____.
(date)

This appeal concerns: Conviction only [___]   Sentence only [___]   Conviction & Sentence [___]   Other [___]

Defendant found guilty by plea [___] trial [___] N/A [___].

Offense occurred after November 1, 1987?   Yes [___]   No [___]   N/A [___]

Date of sentence: _____   N/A [___]

Bail/Jail Disposition: Committed [___]   Not committed [___]   N/A [___]

Appellant is represented by counsel?  Yes [___] No [___]   If yes, provide the following information:

Defendant's Counsel:    _____

Counsel's Address:      _____
                        _____

Counsel's Phone:        _____

Assistant U.S. Attorney: _____

AUSA's Address:         _____
                        _____

AUSA's Phone:           _____

*SPS*
_____
Signature