UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X **Docket#**
UNITED STATES OF AMERICA,   : 19-cr-00386-PKC-1
                              :
                              :
    - versus -             : U.S. Courthouse
                              : Brooklyn, New York
                              :
MUSTAFA GOKLU                : August 29, 2019
               Defendant    : 11:25 AM
------------------------------X

TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
BEFORE THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE

**A  P  P  E  A  R  A  N  C  E  S:**


**For the Government:**        **Richard P. Donoghue, Esq.**
                                United States Attorney

                     BY: **Andrew Grubin, Esq.**
                                Assistant U.S. Attorney
                                271 Cadman Plaza East
                                Brooklyn, New York 11201


**For the Defendant:**          Michael H. Gold, Esq.
                                33 Hunting Ridge Road
                                Chappaqua, NY 10514

                                **Samuel Jacobson, Esq.**
                                Federal Defenders of New York
                                One Pierrepont Plaza
                                16th floor
                                Brooklyn, NY 11201


**Transcription Service:**     **Transcriptions Plus II, Inc.**
                                61 Beatrice Avenue
                                West Islip, New York 11795
                                laferrara44@gmail.com


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

Proceedings

1          THE CLERK:  Criminal Cause for the Arraignment,

2   docket number 19-cr-386, United States of America v.

3   Mustafa Goklu.

4          Counsel, please state your name for the record.

5          THE COURT:  Good morning, your Honor.

6          Andrew Grubin for the government, appearing for

7   my colleague, AUSA Francisco Navarro.

8          THE COURT:  Good morning.

9          MR. JACOBSON:  Good morning, your Honor.

10          Sam Jacobson, Federal Defenders, appearing for

11   James Darrow this morning, on behalf of Mustafa Goklu,

12   who is present next to me.

13          THE COURT:  Good morning.  And you're Mr.

14   Goklu?

15          THE DEFENDANT:  Yes, your Honor.

16          THE COURT:  And Mr. Interpreter, would you

17   identify yourself please?

18          THE INTERPRETER:  Tekin Esendal, official court

19   interpreter for Turkish language.

20   (INTERPRETER SWORN)

21          THE COURT:  All right.  And Mr. Goklu, with the

22   assistance of the interpreter, are you able to understand

23   me so far?

24          THE DEFENDANT:  Mostly yes, sir.

25          THE COURT:  Well, I want to make sure you

Proceedings

1    understand everything.  If there's something you don't

2    understand, please let me know.

3                THE DEFENDANT:  Surely, your Honor.

4                THE COURT:  Okay.  And sir?

5                MR. GOLD:  Yes, CJA, Michael Gold.

6                Good morning, your Honor.

7                THE COURT:  All right.  So Mr. -- first let's

8    attend to representation issues.  Mr. Goklu, I understand

9    you want to -- are you withdrawing or Mr. Goklu wants to

10   switch lawyers?

11               MR. JACOBSON:  Federal Defenders is asking to

12   be relieved and replaced by CJA counsel, Michael Gold.

13   I've spoken to James Darrow --

14               THE COURT:  Um-hum.

15               MR. JACOBSON:  -- who is not here today, but

16   he's advised me that he's made himself a witness in the

17   case, and doesn't feel that he can continue.

18               THE COURT:  I see.

19               Mr. Goklu, you understand, Mr. Darrow, who has

20   been representing you apparently feels that he would have

21   a conflict of interest in continuing to be your lawyer

22   because he is aware of facts that might be subject to

23   testimony in the case.  Do you understand that?

24               THE DEFENDANT:  Yes, I do understand that.

25               THE COURT:  Okay.  And so I'm prepared to

Proceedings

1  appoint separate counsel, who won't have any worry about

2  that as an issue.  Do you consent to that?

3        THE DEFENDANT:  Yes, I do understand, sir.

4        THE COURT:  Okay.  Mr. Jacobson, you and the

5  Federal Defenders are relieved.

6        MR. JACOBSON:  Thank you, your Honor.

7        THE COURT:  Mr. Gold, you're appointed.

8        MR. GOLD:  Thank you, your Honor.

9        THE COURT:  All right.  Thank you.

10        Mr. Goklu, you are here because a grand jury

11  has accused you of the crime of money laundering.  The

12  charge is written down in a document called an

13  indictment.  Have you had a chance either to read the

14  indictment, or have it explained to you by your attorney?

15        THE DEFENDANT:  Yes.

16        THE COURT:  Okay.  Do you feel that you

17  understand what you've been accused of?

18        THE DEFENDANT:  Yes, I do.

19        THE COURT:  Okay.  Mr. Gold, does your client

20  waive a formal public reading of the indictment?

21        MR. GOLD:  Yes, your Honor.

22        THE COURT:  And how does he plead to the sole

23  charge?

24        MR. GOLD:  He pleads not guilty.

25        THE COURT:  All right.  Folks, do you have a

Proceedings

1 date to appear before Judge Chen?

2          MR. GRUBIN:  Yes, your Honor.  Judge Chen set

3 the date of September 12th, 2019, at 11 a.m.

4          THE COURT:  All right.  Now, Mr. Goklu, I have

5 this document, it appears to have your signature.  Did

6 you sign that?

7          THE DEFENDANT:  Yes, your Honor, I signed

8 myself.

9          THE COURT:  I want to make sure you understand

10 it.  Now that you've pleaded not guilty, the government

11 would normally have 70 days to start your trial.  The

12 attorneys think it would be a good idea not to count the

13 next two weeks as part of those 70 days, so that during

14 that time, they can focus their efforts on trying to

15 reach an agreement to resolve the case without a trial,

16 without having those efforts interfere with their trial

17 preparation if they can't reach an agreement.  Do you

18 understand that?

19          THE DEFENDANT:  Yes, your Honor.

20          THE COURT:  That would give the government an

21 extra two weeks to start your trial.  Are you willing to

22 have me give them that extra time for that purpose?

23          THE DEFENDANT:  Yes, I do, sir.

24          THE COURT:  Okay.  I will order the exclusion.

25          Is there anything else for today, folks?

Proceedings

1    MR. GRUBIN:  Not from the government.

2    MR. GOLD:  No, your Honor.

3    THE COURT:  Thank you, all.  Have a good day.

4    MR. GOLD:  Thank you.

5    THE CLERK:  Thank you.

6                (Matter Concluded)

7                     -o0o-

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **12th** day of **November** 2020.

*Linda Ferrara*
Linda Ferrara

AAERT CET 656
Transcriptions Plus II, Inc.