# MATTHEW W. BRISSENDEN, P.C.
### ATTORNEY AT LAW

| | |
|---|---|
| 666 Old Country Road, Suite 501 | 516-683-8500, Fax: 516-683-8410 |
| Garden City, New York 11530 | matthew.w.brissenden@gmail.com |

March 28, 2025

**Via ECF**
The Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Mustafa Goklu,</u> 19-CR-386

Dear Judge Chen,

      This office has been appointed to represent Mustafa Goklu in connection with his appeal from the above-referenced matter. I am writing to respectfully request an order directing Pretrial Services to return the Defendant's travel documents.

      Mr. Goklu has completed the incarceratory portion of his sentence and is currently on supervised release. He has requested permission from his Probation Officer to visit his mother in Turkey, who is suffering from stage four cervical cancer. It is my understanding that Pretrial Services is currently holding the Defendant's U.S. and Turkish passports, both of which are expired. As a result, the Defendant will need to renew his passports before he can travel.

      Mr. Goklu's Probation Officer asked me to contact Pretrial Services to arrange for the return of his travel documents. However, I am informed by Pretrial that a Court order is required to obtain such documents. Accordingly, I am respectfully asking Your Honor to issue an order directing Pretrial to return the Defendant's passports.

      Thank you for your consideration.

Respectfully submitted,
/s/
Matthew W. Brissenden

cc: All counsel of record (via ECF)
Probation Officer Cameron Peters (via email)